Anna Van Hooser, Appellee, v. Ray E. Fick, Appellant.

Term No. 44,014.

594

Heard in this court at the May term, 1945; opinion filed July 7, 1945; rehearing denied October 23, 1945; released for publication October 26, 1945. Chas. Durfee, for appellant; Chas. J. Huffman, for appellee. Opinion by Presiding Justice Bristow. Not to be published in full.